**FILED**

**OCT 07 2005**

PHILIP M. FRAZIER
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
BENTON, ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
    vs.                     )   CASE NO. 05-MJ-4038-PMF
                            )
GAYLEN E. GREER,            )
                            )
            Defendant.      )

## CRIMINAL COMPLAINT

### COUNT 1

On or about September 26, 2005, in Perry County, Illinois, within the Southern District of Illinois,

**GAYLEN E. GREER,**

defendant herein, aided and abetted Richard M. Smego, who knowingly persuaded, induced, enticed, and coerced an individual, that is Jon Doe, to travel in interstate commerce from Pinckneyville, Illinois, to Las Vegas, Nevada, to engage in sexual activity under such circumstances as would constitute a criminal offense by any person under Nevada Revised Statutes, Section 200.366(1).

All in violation of Title 18, United States Code, Sections 2422(a) and 2.

### COUNT 2

On or about September 26, 2005, in Perry County, Illinois, within the Southern District of Illinois,

**GAYLEN E. GREER,**

defendant herein, aided and abetted Richard M. Smego, who did knowingly transport an individual, that is Jon Doe, a minor, who was at that time under the age of 18 years, in interstate



commerce from Pinckneyville, Illinois, to Las Vegas, Nevada, with the intent that such individual engage in sexual activity under such circumstances as would constitute a criminal offense by any person under Nevada Revised Statutes, Section 200.366(1).

All in violation of Title 18, United States Code, Sections 2423(a) and 2.

1. I, Bastian Freund, further state that I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Springfield Division, Carbondale, Illinois Resident Agency, and have been so employed for two and a half years. The following affidavit is based on my investigation and information provided to me by other law enforcement personnel and FBI Agents. This complaint does not include an exhaustive summary of all the facts in this case.

2. On September 29, 2005, the FBI was requested to assist the Perry County Sheriff's Office in attempting to locate Richard Smego who was wanted on a Federal Unlawful Flight To Avoid Prosecution, Custody, and Confinement under the law of the State of Illinois warrant for having violated his parole. At that time, United States Marshall Services Deputies had developed information that Smego was in the Las Vegas, Nevada area. Smego was thought to be traveling with Jon Doe, a 17 year old male, Lynda Curtis, a 21 year old female, and Greer, a 36 year old male.

3. On September 30, 2005, Smego was arrested in Las Vegas, Nevada by the FBI. Smego was found to be in the company of Greer, Curtis, and Jon Doe. Greer, Smego, and Jon Doe all have permanent residences in Pinckneyville, Illinois.

4. Greer met Smego sometime in the fall of 2002 while Greer worked for an auto parts store across the street from Smego's used car dealership. Greer knew that Smego was a

2

registered sex offender after having been convicted for the sexual assault of a 14 year old boy. Greer knew Smego was still on parole for that conviction. Jon Doe met Greer and Smego approximately 3 months ago and began working for Smego at Smego's used car dealership. Smego would pay Jon Doe between $200 and $300 per week for helping Smego around the used car dealership. Smego also gave Jon Doe cars to drive and provided Jon Doe with a flight lesson.

5. During the summer of 2005, Jon Doe got his 16 year old girlfriend pregnant. Jon Doe was led to believe by Greer and Smego that Jon Doe would be charged and arrested for having gotten Jon Doe's 16 year old girlfriend pregnant. On September 23 and 24, 2005, Greer contacted a total of three Police Officers from the Pinckneyville Police Department, Pinckneyville, Illinois in order to have the Police Officers scare Jon Doe into thinking Jon Doe would be arrested. On September 24, 2005, Police Officer Bob Fulk made contact with Jon Doe and told Jon Doe he was in trouble for having had sexual relations with Jon Doe's 16 year old girlfriend.

6. At the urging of Greer and Smego, on September 24, 2005, Jon Doe packed his bags and prepared to leave Pinckneyville, Illinois in order to avoid law enforcement. Greer and Smego knew that Jon Doe would not be arrested, but continued to make Jon Doe believe that Jon Doe would be arrested in order to get Jon Doe to leave Pinckneyville, Illinois. On September 26, 2005, Jon Doe, Smego, Greer, and Curtis left Illinois for Las Vegas, Nevada.

7. Greer collaborated with Smego to get Jon Doe to leave the State of Illinois so that Smego could have sex with Jon Doe. Greer knew that Smego wanted to have sex with Jon Doe, consensual or forced, once Smego, Greer, Jon Doe and Curtis left the State of Illinois. Smego was going to pay Greer $25,000 for Greer's assistance in geting Jon Doe to willingly leave town

3

with Smego. Greer knew that the trip to Nevada was taken under false pretenses because Greer knew Jon Doe was not going to be arrested. Greer knew that Jon Doe did not know Smego intended to have sex with Jon Doe.

8. Greer knowingly followed Smego's instructions to not use Greer's cellular telephone because the cellular telephone could be tracked by law enforcement. Greer willingly followed Smego's instructions to register the hotel rooms in Colorado and Nevada in Greer and Curtis' names in order to help Smego evade law enforcement.

9. Greer knew that Smego had sex with Jon Doe while in Colorado and in Nevada. Jon Doe was raped by Smego on three occasions, once in Colorado and twice in Nevada. Smego anally penetrated Jon Doe's rectum with Smego's penis during each of the tree rapes. Jon Doe did not consent to the anal intercourse. Jon Doe did not resist Smego raping him because Jon Doe was scared for his life, the safety of Jon Doe's family and Jon Doe's 16 year old girlfriend. While John Doe was with Smego, he was scared to seek out law enforcement to tell them about the rapes because John Doe was afraid he would be arrested for impregnating his girlfriend. Jon Doe was also afraid of Smego because Smego was a convicted felon and frequently carried a handgun.

4

FURTHER AFFIANT SAYETH NAUGHT.

_____
Bastian Freund, FBI Special Agent


RONALD J. TENPAS
United States Attorney

_____
ANDREW SIMONSON
Assistant United States Attorney

State of Illinois       )
                        ) SS.
County of Franklin      )

Sworn to before me, and subscribed in my presence on the 7th day of October, 2005, at Benton, Illinois.

_____
PHILLIP M. FRAZIER, Magistrate Judge
United States District Court